UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS



| | | |
|---|---|---|
| **Comcast of Southern New England, Inc.** | ) | Case No.: |
| | ) | |
| Plaintiff | ) | **CORPORATION DISCLOSURE STATEMENT** |
| | ) | |
| vs. | ) | 05-11491 RWZ |
| **John Tacovelli** | ) | |
| | ) | |
| Defendant | ) | |

**Pursuant to LR, D. Mass 7.3,** the filing party, Comcast of Southern New England, Inc. (hereinafter "Comcast"), a non-governmental corporation, identifies the following parent corporation and any publicly held corporation that owns 10% or more of its stock:

1. Comcast of Southern New England, Inc., is a Massachusetts Corporation and maintains offices at 6 Campanelli Drive Andover, MA;

2. Comcast of Southern New England, Inc. is wholly owned by Comcast of Georgia/Massachusetts, Inc.

Respectfully Submitted for the Plaintiff,
Comcast of Southern New England, Inc.
By Its Counsel,

7/6/05
Date

John M. McLaughlin
**Green, Miles, Lipton & Fitz-Gibbon LLP**
77 Pleasant Street
P.O. Box 210
Northampton, MA 01061
Telephone: (413) 586-0865
BBO No. 556328

Page 1