AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

Comcast of SNE, Inc.

V.

John Tacovelli

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05 - 11491 RWZ

TO: (Name and address of Defendant)

John Tacovelli
36 Chavenson Street
Fall River, MA 02723

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin
Green, Miles, Lipton & Fitz-Gibbon LLP
P. O. Box 210
77 Pleasant Street
Northampton, MA 01061-0210
(413) 586-0865

an answer to the complaint which is herewith served upon you, within   twenty (20)   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



SARAH A. THORNTON

JUL 14 2005

CLERK                                                           DATE

(By) DEPUTY CLERK



**Bristol County Deputy Sheriffs' Office • P.O. Box 8928 • New Bedford, MA 02742-0928 • (508) 992-6631**

*Bristol, ss.*

August 3, 2005

I hereby certify and return that on 8/2/2005 at 02:06 pm I served a true and attested copy of the Summons and Complaint, Disclosure Stmt., CA Cover Sheet in this action in the following manner: To wit, by leaving at the last and usual place of abode of John Tacovelli, 36 Chavenson Street 1st floor Fall River, MA and by mailing first class mail to the above-mentioned address on 8/2/2005. Copies ($4.00), Conveyance ($1.50), Travel ($22.40), Basic Service Fee ($20.00), Postage and Handling ($3.25), Attest Fee ($10.00) Total Charges $61.15

_____
Deputy Sheriff

Deputy Sheriff Dennis Medeiros

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
             Date                    Signature of Server

                                    _____
                                    Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.