UNITED STATES DISTRICT COURT
DISTRICT OF MA

| | |
|---|---|
| **Comcast of Southern New England, Inc.** ) | Case No.: 05-11491 RWZ |
| ) | |
| Plaintiff, ) | **STIPULATION OF DISMISSAL** |
| ) | **WITH PREJUDICE** |
| vs. ) | |
| ) | |
| **John Tacovelli** ) | |
| ) | |
| Defendant ) | |
| ) | |

The parties to the above-entitled action have agreed to settle this matter, pursuant to the provisions of Fed. R. Civ. P. 41(1)(a)(i), hereby stipulate that said action be dismissed with prejudice and without cost to either party.

10/4/05
Date

Respectfully Submitted for the Plaintiff,
Comcast of Southern New England, Inc.
By Its Attorney,

John M. McLaughlin
**Green, Miles, Lipton & Fitz-Gibbon LLP**
77 Pleasant Street
P.O. Box 210
Northampton, MA 01061
Telephone: (413) 586-0865
BBO No. 556328

1

Respectfully Submitted by the Defendant,
John Tacovelli

__9/26/05__
Date

*[signature: John Tacovelli]*
John Tacovelli
36 Chavenson Street
Fall River, MA 02723